UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

                                :          **DECISION & ORDER**

           v.                        :          18-CR-192-1 (WFK)

                                  :

RODNEY GRIFFIN,                                     :

                                  :

                  Defendant.      :
---------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On September 25, 2018, Rodney Griffin ("Defendant") pled guilty before this Court to one count of Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and (d).  ECF No. 37.  On January 9, 2020, this Court sentenced Defendant to fifty-seven months of imprisonment to be followed by five years of supervised release.  This Court imposed the two special conditions proposed by the United States Probation Department.  The first condition authorized a probation officer to require Defendant to notify third parties if the officer determined Defendant posed a risk to them (the "risk condition").  The second special condition required Defendant to "submit his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office" to a search by the probation officer (the "search condition").  Defendant appealed the judgment of conviction, arguing that the District Court erred in imposing the special conditions.

In an order dated, March 22, 2021, the Second Circuit vacated both special conditions and remanded the case to this Court for a consideration of whether any amended special conditions should be imposed.  ECF No. 121.  After a careful review of the record, and the Second Circuit's order, the Court strikes the special conditions in their entirety and declines to impose amended special conditions.  An amended judgment will be filed on the docket.

**SO ORDERED.**

s/ WFK

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT

Dated: March 25, 2021
        Brooklyn, New York